IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-------------------------------------------------------x
                                              :
CALOGERO FARRUGGIO                            :          3:02 CV 2036 (CFD)
                                              :
                                              :
                                              :
v.                                            :
                                              :          DATE: FEB. 10, 2004
METRO-NORTH RAILROAD CO. et al.               :
                                              :
-------------------------------------------------------x
```

## ENDORSEMENT ORDER

In the interest of justice, the parties' Joint Motion to Transfer and to Consolidate

for Scheduling and Discovery Purposes (Dkt. #16) is denied.

Dated at New Haven, Connecticut, this 10th day of February, 2004.


_____/s/_____
Joan Glazer Margolis
U.S. Magistrate Judge