UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| COLOGERO G. FARRUGGIO | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| V. | : | CIVIL ACTION NO. 3:02 CV 2036 (CFD) |
| | : | **MAY BE FILED IN NEW HAVEN AS** |
| METRO-NORTH RAILROAD COMPANY, | : | **ORDERED BY MAGISTRATE** |
| CONSOLIDATED RAIL CORPORATION | : | **MARGOLIS** |
| and AMERICAN FINANCIAL GROUP, | : | |
| INC., f/k/a AMERICAN PREMIER | : | |
| UNDERWITERS, INC., f/k/a PENN | : | |
| CENTRAL CORPORATION | : | JANUARY 13, 2005 |
| | : | |
| Defendants. | : | |

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Defendant, Metro-North Railroad Company.

Dated:  January 13, 2005    _____

Susan B. Parzymieso, Esq.  (CT 25301)
Ryan, Ryan, Johnson & Deluca, LLP
80 Fourth Street, P.O. Box 3057
Stamford, CT   06905
Phone No. 203-357-9200

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on January 13, 2005, a copy of the above was mailed to the following

counsel and pro se parties of record:

Scott Perry, Esq.
Cahill, Goetsch & Maurer, PC
43 Trumbull Street
New Haven, CT 06511-1059
Attorney for Plaintiff, Cologero G. Farruggio

_____
Susan B. Parzymieso, Esq.

I:\Procases\205.160\appearancefarruggio.wpd
205.160