UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

CALOGERO FARRUGGIO                    :

   Vs                                 :        Case No.3:02CV2036(CFD)

METRO-NORTH RR CO.
                                                         :

## **JUDGMENT**

Counsel of record having reported to the court on November 21, 2005, that the above-entitled cases has settled;

It is accordingly ORDERED that this action be and is hereby dismissed without costs and without prejudice to the right of any parties to move within 30 days to re-open the case if the settlement has not been consummated.

Dated at Hartford, Connecticut, January 26, 2006.

KEVIN F. ROWE, Clerk


BY:_____
    Devorah Johnson
    Deputy Clerk


EOD_____